**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6153**

———————

GARY SLEZAK,

Plaintiff - Appellant,

versus

WILLIAM D. CATOE, Director of the South Caro-
lina Department of Corrections, in his offi-
cial and individual capacities,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenwood.  Cameron McGowan Currie, District
Judge.  (CA-99-1798-22RB)

———————

Submitted:  May 31, 2001                Decided:  June 8, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary Slezak, Appellant Pro Se.  Steven Michael Pruitt, MCDONALD,
PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary R. Slezak appeals from the denial of relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] <u>Slezak v. Catoe</u>, No. CA-99-1798-22RB (D.S.C. Sept. 7, 2000; filed Nov. 14, 2000, entered Nov. 17, 2000; Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court states in its November 2000 order that Slezak retained the right to pursue claims other than his First Amendment claim, its September 2000 order states that summary judgment was entered against Slezak with prejudice as to all other claims. Therefore, the statement in the court's November 2000 order is erroneous.